UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES HARRIS,<br><br>Petitioner,<br><br>v.<br><br>CONNIE GIPSON,<br><br>Respondent. | No.  2:12-cv-2846-LKK-AC (HC)<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 3, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed January 3, 2014, are adopted in full[1];

2. Respondent's March 21, 2013 Motion to Dismiss (ECF No. 15) is granted in full;

3. Petitioner's June 26, 2013 Motion for Discovery (ECF No. 25) is denied;

4. Petitioner's August 14, 2013 Motion to Expand the Record (ECF No. 32) is denied;

5. Petitioner's August 14, 2013 motion styled as "Motion and Request for Service of Subpoena Duces Tecums" (ECF No. 33) is denied;

6. Petitioner's September 3, 2013 Motion for an Evidentiary Hearing (ECF No. 35) is denied;

7. The Clerk of court is directed to close this case.

8. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] By this order, the court corrects a typographical error in footnote 6 on page 5 at line 22 and confirms that petitioner's conviction became final for purposes of 28 U.S.C. § 2244(d)(1)(A) on May 1, 2000.